# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3228
_____

MICHAEL G. MCSWAIN,

Appellant,

v.

ROSEMARY MCSWAIN,

Appellee.

_____

On appeal from the Circuit Court for Nassau County.
Steven Fahlgren, Judge.

July 30, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and ROBERTS and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael G. McSwain, pro se, Appellant.

No appearance for Appellee.